No. 98–5564. REYES-GUTIERREZ v. UNITED STATES. C. A. 10th Cir. Certiorari denied. 

No. 98–5565. SHOCKEY v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 98–5566. RUMPH v. UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 98–5567. SPENCER v. MILLER. C. A. 7th Cir. Certiorari denied. 

No. 98–5569. SAUNDERS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 98–5570. SOUVERAIN v. UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 98–5574. MURRAY v. UNITED STATES. C. A. 3d Cir. Certiorari denied. 

No. 98–5575. MOURADIAN v. DETROIT NEWS ET AL. Ct. App. Mich. Certiorari denied.

No. 98–5576. RAMON MARTINEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 98–5578. KAZANDJIAN v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 98–5580. LOFTIN v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 98–5581. WATKINS v. UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 98–5583. SICAIRO BELTRAN v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 98–5584. BAUTISTA v. UNITED STATES. C. A. 10th Cir. Certiorari denied. 

No. 98–5585. BARROGA v. GILLAN ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 98–5586. KENNEDY, AKA KORNEGAY v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. 
██